AO 199A (Rev. 12/11- EDCA [Fresno Version 2]) Order Setting Conditions of Release- Misd.

# UNITED STATES DISTRICT COURT
for the

## Eastern District of California

UNITED STATES OF AMERICA,

v.                                                        )
                                                          )
                                                          )    Case No. 6:25-mj-00037-HBK
                                                          )
LUIS ALFREDO RUANO RAMOS,                                 )

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the excessive use of alcohol and/or use of controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; report to the USM Office in Fresno or Sacramento for processing by Thursday, October 2, 2025 before 4:00 PM.

(5) The defendant must appear at:    U.S. District Court, 9004 Castle Cliff Court, Yosemite
                                                                          _____
                                                                          *Place*

Before Magistrate Judge Helena Barch-Kuchta
on _____    *    11/4/2025 at 10:00 AM _____
                                          *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: 9/25/2025 _____

                                          _____
                                          *Defendant's signature*

Date: 9/25/2025 _____

                                          *Judicial Officer's Signature*

                                          Helena Barch-Kuchta, United States Magistrate Judge
                                          *Printed name and title*